KRAUS v SEATON SSK ENGINEERING, No. 90924; Court of Appeals No. 134387.

PEOPLE v CHISOM, No. 90925; Court of Appeals No. 122916.

PEOPLE v REID, No. 90927; Court of Appeals No. 118021.

PEOPLE v MASKEY, No. 90932; Court of Appeals No. 115950.

PEOPLE v MARTIN, No. 90939; Court of Appeals No. 117617.

PEOPLE v CRAMER, No. 90940; Court of Appeals No. 131251.

KOWALEWSKI v GRUND MASONRY, No. 90941; Court of Appeals No. 132088. Reconsideration denied November 25, 1991.

RAGLIN v UNITED MEMORIAL HOSPITAL, No. 90946; Court of Appeals No. 132629.

CITY OF MOUNT CLEMENS v STATE BOUNDARY COMMISSION, No. 90947; Court of Appeals No. 132633.

PEOPLE v WILCOXSON, No. 90949; Court of Appeals No. 134466.

PEOPLE v SEEFELD, No. 90951; Court of Appeals No. 119751.

PEOPLE v CLARK, No. 90967; Court of Appeals No. 115537.

PEOPLE v PRICE, No. 90968; Court of Appeals No. 118461.

PEOPLE v LIGGION, No. 90970; Court of Appeals No. 117033.

AMBROSE v DEPARTMENT OF CORRECTIONS, No. 90971; Court of Appeals No. 128219.

PEOPLE v ALFRED WILLIAMS, No. 90972; Court of Appeals No. 117013.

THOM v WILLIAM BEAUMONT HOSPITAL, No. 90973; Court of Appeals No. 132671.

TAYLOR v TAYLOR, No. 90978; Court of Appeals No. 118151. Reconsideration denied October 28, 1991.

PEOPLE v HARVEY, No. 90979. Motion to waive fees is granted. Court of Appeals No. 127884.

KALAMAZOO METAL FINISHERS, INC v THE ORTMAN COMPANY, No. 90980; Court of Appeals No. 113968.

PEOPLE v FERNANDEZ, No. 90981; Court of Appeals No. 133793.

LUCAJ v CITY BUILDING MAINTENANCE, No. 90982; Court of Appeals No. 133304. Reconsideration denied November 25, 1991.

O'GREEN v CAMPBELL, WYANT & CANNON FOUNDRY, No. 90986; Court of Appeals No. 132654.